No. 16,943.

MASON *v.* BUICK-CHEVROLET SALES, INC.
(251 P. [2d] 436)

Decided December 1, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. PILE & TINSLEY, Mr. H. VANCE AUSTIN, for plaintiff in error.

Mr. GEORGE A. EPPERSON, Mr. DONALD F. McCLARY, for defendant in error.